# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY McKINNEY,<br><br>               Petitioner,<br><br>   v.<br><br>MICHAEL MARTEL, Warden,<br><br>               Respondent. | Case No. CV 11-4593-SJO (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge.

     IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: July 2, 2013.

                                                                    S. JAMES OTERO<br>
                                                     UNITED STATES DISTRICT JUDGE